# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2845

_____

Elroy Rogers

*Plaintiff - Appellant*

v.

United States Department of Agriculture; Minnesota Board of Animal Health; Diane Sutton; Kris Petrini; Mike Curely; Carl Denkinger; Mike Fier; Kyle Mooney; Ryan Brunsvold; Mark Mather; Richard Maes; Michelle Dietrich; Leland Bush; Jeremy Schefers; Beth S. Thompson; Will Wiebe; Johnathan Fawbush; Michael L. Stine; Steven Just; Leah Hedman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: July 22, 2019
Filed: July 25, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Elroy Rogers appeals the district court's[1] grant of defendants' motions to dismiss his complaint, which he identified as being brought under the Administrative Procedures Act. Upon de novo review, we agree with the district court that dismissal of Rogers's complaint was warranted. See Compart's Boar Store, Inc. v. United States, 829 F.3d 600, 604 (8th Cir. 2016) (dismissal for lack of subject matter jurisdiction); Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 848-49 (8th Cir. 2014) (dismissal for failure to state claim). We conclude that the district court also did not err in denying Rogers's motions asserting judicial bias and prejudice. See Bannister v. Delo, 100 F.3d 610, 614 (8th Cir. 1996) (reviewing for abuse of discretion whether disqualification is required in particular case). The judgment is affirmed, see 8th Cir. R. 47B; and Rogers's appellate motion is denied.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, now retired.